CONWAY BROS., Inc., Owner of THE Covered Barge VIF, Libelant-Appellee, v. THE Steamship MONTE OSSERO, Navigazione Generale Gerolimich, Claimant-Appellant, and Elevators International and Oswego & International Elevating Company, Respondent-Impleaded-Appellee.

James T. O'DONNELL, Owner of THE Boat FRED JUENGER, Libelant-Appellee, v. THE Steamship MONTE OSSERO, Navigazione Generale Gerolimich, Claimant-Appellant, and Elevators International and Oswego & International Elevating Company, Respondent Impleaded Appellee.

Nos. 349, 350.

Circuit Court of Appeals, Second Circuit.

May 4, 1931.

Loomis & Ruebush, of New York City (Homer L. Loomis and Philip A. Donahue, both of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Gerald J. McKernan, of New York City, of counsel), for Conway Bros., Inc.

William F. Purdy, of New York City (John E. Purdy, of New York City, of counsel), for libelant-appellee.

Carter & Phillips, of New York City (Robert Phillips, of New York City, of counsel), for respondent-appellee International Elevating Co. and Elevators International and Oswego.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decrees affirmed.

Noak CROOKS, Collector, etc., Appellant, v. J. R. VANSANT.

No. 9105.

Circuit Court of Appeals, Eighth Circuit.

Jan. 15, 1931.

For opinion below, see 43 F.(2d) 166.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo., for appellant.

Albert F. Hillix, Edward L. Scheufler, and Sam B. Sebree, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellant and consent of appellee.

Harry A. CURRIE, as Owner of THE Gas Hoister ROVER, Libelant-Appellee, v. ATLANTIC LIGHTERAGE CORPORATION, Respondent-Appellee, and Erie Railroad Company, Respondent-Impleaded-Appellant.

No. 390.

Circuit Court of Appeals, Second Circuit.

May 18, 1931.

Park, Mattison & Lynch, of New York City (Anthony V. Lynch, Jr., and John K. Hartley, both of New York City, of counsel), for respondent-impleaded-appellant.

Single & Single, of New York City (Thomas H. Middleton, of New York City, of counsel), for respondent-appellee.

William F. Purdy, of New York City (John E. Purdy, of New York City, of counsel), for libelant-appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.